IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **WILFREDO HERNANDEZ-MASSA,** *Defendant.* | **CRIMINAL NO. 19-650 (DRD)** |

## ORDER

Upon reviewing the Defendant, Wilfredo Hernandez-Massa's *Motion Requesting Order, Instructing the Bureau of Prisons (MDC, Guaynabo) to Provide Copy of Medical Records* (Docket No. 48), the Court hereby **GRANTS** the Defendant's request and hereby orders the Bureau of Prisons to provide to the defendant's counsel a complete copy of the medical records of Mr. Wilfredo Hernandez-Massa, inmate no. 49746-069, presently incarcerated in MDC Guaynabo.

In San Juan, Puerto Rico, this 24th day of September, 2021.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge